

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ronald E. BROWN, Sr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5052.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2003.

ORDER

Order Vacated, See 2003 WL 1084605.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Carl E. LANE, Petitioner,**

v.

**MERIT SYSTEM PROTECTION BOARD, Respondent.**

No. 02–3359.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2003.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Tony YOUNG, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 02–3327.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2003.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

■

**Terry O. PUCKETT, Petitioner,**

v.

**TENNESSEE VALLEY AUTHORITY, Respondent.**

No. 03–3066.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

■

**Robert A. MUNOZ, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 03–3053.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2003.

ORDER

Order Vacated, See 2003 WL 236406.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.